UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GORGE RIVERA,

                Plaintiff(s),                Case No. 08 CV 4853

   -against-

METRO-NORTH COMMUTER RAILROAD,        **AFFIDAVIT OF SERVICE**
                Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                              s.s :
COUNTY OF NEW YORK   )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC.. is over the age of eighteen years and is not a party to the action.

      That on the 27th day of May, 2008, at approximately 1:16 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; ECF FILING INSTRUCTIONS together with JUDGES' RULES** upon METRO-NORTH COMMUTER RAILROAD at 347 Madison Avenue, 19th Floor, New York, New York by personally delivering and leaving the same with Linda Montanino, Assistant Secretary & Litigation Agent, who is authorized by appointment to accept service.

      Linda Montanino is a white female, approximately 53 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 135 pounds, with long light brown hair and dark eyes and was wearing glasses.

Sworn to before me this
27th day of May, 2008

                                                            BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010