UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GORGE RIVERA
88 MORICHES AVENUE
Mastic, NY 11950

                **Plaintiff,**

                                                                            08 Civ. 4853 (RWS)

      **-against-**                                              **RULE 7.1 STATEMENT**

METRO-NORTH COMMUTER RAILROAD
347 Madison Avenue
New York, New York 10017

                **Defendant.**

-------------------------------------------------------------------X

       METRO-NORTH COMMUTER RAILROAD COMPANY ("Metro-North") is a public benefit corporation. *See* N.Y. Pub. Auth. L. §§1263 (1) 1264(2), et seq. (McKinney 1999) Accordingly, Rule 7.1 does not apply to Metro-North.

DATED: NEW YORK, NEW YORK
          May 30, 2008                        RICHARD K. BERNARD
                                                    GENERAL COUNSEL

                                                    By: _/s/ Jesse A. Raye_
                                                        JESSE A. RAYE
                                                   Attorney for Defendant
                                                   347 Madison Avenue, 19th Fl.
                                                   New York, NY 10017
                                                   (212) 340-2538  (JAR-2009)

(ncfr-5/30/08)